THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANZISKA ROESNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL METRO REALTY L.L.C.<br><br>Defendant. | NO. 2:21-cv-01152-RAJ-MLP<br><br>**JOINT STIPULATION AND ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS** |

Pursuant to 28 U.S.C. § 1404, Plaintiff Franziska Roesner ("Plaintiff") and Defendant Central Metro Realty LLC ("Central Metro" or "Defendant") (together, the "Parties"), through their respective counsel, hereby submit this Joint Stipulation and [Proposed] Order to Transfer Venue to the United States District Court for the Western District of Texas.

Plaintiff and Central Metro, through their respective attorneys of record, agree and stipulate as follows:

On August 26, 2021, Plaintiff filed the Complaint in this action, ECF No. 1. By stipulation of the Parties and subsequent Order of the Court, Defendant's deadline to respond to the Complaint was extended to November 1, 2021. ECF No. 7.

JOINT STIPULATION AND ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS - 1
Case No. 2:21-cv-01152-RAJ-MLP

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

Central Metro responded to Plaintiff's Complaint on November 1, 2021, by filing a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2), stating that this Court does not have personal jurisdiction over Plaintiff's claims because Central Metro maintains its principal place of business in Texas and operates entirely within Texas. ECF No. 15.

On November 8 and 9, 2021, the Parties met and conferred regarding transfer of venue to the Western District of Texas. Given Defendant's arguments in its Rule 12(b)(2) motion and to conserve the resources of this Court, the Parties agree that this transfer is appropriate.

In light of this agreement, the Parties request that the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement be vacated. *See* ECF No. 10.

The Parties agree that neither party is prejudiced by the agreements set forth herein.

THEREFORE, the Parties hereby stipulate and agree, subject to approval by this Court, to transfer this case to the Western District of Texas.

IT IS SO STIPULATED.

TURKE & STRAUSS LLP

By: /s/ Samuel J. Strauss, WSBA #46971
Samuel J. Strauss, WSBA #46971
Email: sam@turkestrauss.com
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

*Attorneys for Plaintiff*

JOINT STIPULATION AND ORDER TRANSFERRING
CASE TO THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS - 2
Case No. 2:21-cv-01152-RAJ-MLP

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

Andrew R. Escobar
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Telephone: (206) 946-4968
aescobar@seyfarth.com

Kristine R. Argentine
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5332
kargentine@seyfarth.com

*Attorneys for Defendant*

IT IS SO ORDERED.

DATED this 9th day of November, 2021.

_____
HON. RICHARD A. JONES
United States District Judge

JOINT STIPULATION AND ORDER TRANSFERRING
CASE TO THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS - 3
Case No. 2:21-cv-01152-RAJ-MLP

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com